**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE: Andrew J. Pattison

Debtor(s)

CHAPTER 13

BKY. NO. 24-22478

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

Kindly enter my appearance on behalf of Lakeview Loan Servicing LLC and index same on the master mailing list.

Respectfully submitted,

/s/ *Matthew Fissel*

Matthew Fissel
06 Jul 2026, 16:01:53, EDT

Matthew Fissel, Esq. (314567)   ☑
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bkgroup@kmllawgroup.com

Document ID: 5510d768155bef96b270980f91398500d260a4b181666b9f9a3bee556fc867e5